UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 3:20-cv-10772

ATLANTIC CASUALTY INSURANCE
COMPANY,
Plaintiffs,

v.

110 ISLAND POND ROAD, LLC;
JOHN ROBERT SULLIVAN;
JOSEPH SULLIVAN;
RAYMOND GOSSMAN; and
HERMAN PAUL CUMBY;
Defendants.

## STATUS REPORT

Pursuant to this Court's Order of December 29, 2021 (Docket # 19), the parties submit the following Status Report:

In accordance with this Court's suggestion, the plaintiff Atlantic Casualty Insurance Company and defendants Herman Paul Cumby; 110 Island Pond Road, LLC; John Robert Sullivan; Joseph Sullivan; and Raymond Gossman agree that the pleadings, interrogatory responses, and depositions from the underlying Hampden County case Cumby v. 110 Island Pond Road LLC, et als, 1879CV00248 can be used in the present federal court insurance declaratory judgment case as if those pleadings, responses and depositions were taken in the present case. Also, defendants do not object to Atlantic Casualty being provided with copies of documents produced in discovery in Cumby v. 110 Island Pond Road LLC, et als, 1879CV00248.  Nothing

1

in this agreement shall limit the right of any party to conduct discovery in the present case as may be necessary or beneficial.

The parties have concurrently filed a completed "consent or refusal" form regarding consent to proceed before the Magistrate Judge.

The parties acknowledge that initial disclosures are due on or before February 25, 2022.

SUBMITTED JOINTLY BY:

| ATLANTIC CASUALTY INSURANCE COMPANY,<br>By its attorneys,<br><br>/s/ *Lawrence M. Slotnick*<br>_____<br>Lawrence M. Slotnick, Esq.<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA  02210<br>(617) 439-7500<br>BBO #549734<br>lslotnick@morrisonmahoney.com | HERMAN PAUL CUMBY,<br>By his attorneys,<br><br>*MWBlanchette*<br>_____<br>Madeline Blanchette, Esq.<br>Foster and Blanchette<br>4 Open Square Way<br>Suite 409<br>Holyoke, MA 01040<br>413-322-0716<br>mwblanchette.law@gmail.com |
|---|---|
| 110 ISLAND POND ROAD, LLC,<br>RAYMOND GOSSMAN,<br>JOSEPH SULLIVAN, and<br>JOHN ROBERT SULLIVAN,<br>By their attorneys,<br><br>/s/ *Daniel D. Kelly*<br>_____<br>Daniel D. Kelly, Esq.<br>Law Offices of Daniel D. Kelly<br>33 Mulberry Street<br>Springfield, MA  01105<br>413-733-0770<br>dkelly@dankellylawoffices.com | |

Dated: January 21, 2022