# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Atlantic Casualty Insurance Company** | CIVIL ACTION |
| Plaintiff | NO. **3:20CV-10772** |
| V. | |
| **Raymond Gossman et al** | |
| Defendant | |

## ASSENTED-TO MOTION TO CONTINUE

Counsel in the above-named case respectfully request a continuance of the Status Conference scheduled for June 8th, 2022, to be continued to June 13, 2022 at 3:00 pm., for the following reason:

1. Defense counsel is out of town and not available to attend at this time.

Respectfully submitted,

_____/s/ Ryan P. McLane_____
Ryan P. McLane
BBO # 697464
269 South Westfield St.
Feeding Hills, MA 01030
(413) 789-7771